**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000361
18-OCT-2021
09:15 AM
Dkt. 19 ODSD**

NO. CAAP-21-0000361

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ROBERT MEDEIROS, Plaintiff-Appellee, v.
COLLEEN HAMILTON, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DRC-21-0000710)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On June 7, 2021, self-represented Defendant-Appellant Colleen Hamilton (Hamilton) filed the notice of appeal;

(2) On August 4, 2021, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before August 16, 2021, and September 13, 2021, respectively;

(3) Hamilton failed to file either document or request an extension of time;

(4) On September 23, 2021, the appellate clerk entered a default notice informing Hamilton that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 4, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure

Rules 12.1(e) and 30, and Hamilton could request relief from default by motion; and

(5) Hamilton took no further action in the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, October 18, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge